In the Matter of GERALD L. HAMBY et al., Appellants, v. BOARD OF ELECTIONS OF SUFFOLK COUNTY, and MICHAEL W. DAVEY et al., Respondents.— In a proceeding to invalidate petitions designating respondents Davey and Henkel as candidates in the Republican Party Primary Election to be held on June 17, 1969 for the Party position of member of the County Committee for the 112th Election District of the 2d Assembly District, Town of Brookhaven, Suffolk County, and for injunctive relief, the appeal is from an order of the Supreme Court, Suffolk County, entered June 4, 1969, which denied the petition in the proceeding. Order affirmed, without costs (*Matter of O'Donnell v. Ryan*, 13 N Y 2d 885). Appellants are granted leave to appeal to the Court of Appeals. Questions of law have arisen which ought to be reviewed. Beldock, P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.

In the Matter of ROBERT F. KELLY et al., Appellants, v. JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, and SANFORD D. GARELIK, Respondents.— In a proceeding (1) to invalidate petitions designating respondent Garelik as a candidate in the Republican Party Primary Election to be held on June 17, 1969 for nomination for the public office of President of the Council of the City of New York and (2) for injunctive relief, petitioners appeal from an order of the Supreme Court, Richmond County, dated May 31, 1969, which denied the application and dismissed the petition in the proceeding. Order affirmed, without costs. No opinion. Appellants are granted leave to appeal to the Court of Appeals. Questions of law have arisen which ought to be reviewed. Beldock, P. J., Rabin, Hopkins, Benjamin and Martuscello, JJ., concur.